IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANGELA DAWN EZEKIEL PLAINTIFF

vs. Civil No. 6:25-cv-06131

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION DEFENDANT

**JUDGMENT**

Comes now the Court on this 10th day of September 2026, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Spencer G. Singleton*
Honorable Spencer G. Singleton
United States Magistrate Judge